Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re:  Sheila L Cox

       Debtor(s)

SSN/TAX ID:
    xxx–xx–7222

Case No.: 3:10–bk–30185

Chapter:  13

Judge:  Lawrence S. Walter

---

# NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One NA for the transfer of a claim originally filed by HSBC Bank Nevada NA.

The transfer/assignment designates Capital One NA as the transferor and HSBC Bank Nevada NA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is December 17, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: November 26, 2012

                   FOR THE COURT:
                   Kenneth Jordan
                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:  
Sheila L Cox  
    Debtor

Case No. 10-30185-lsw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0648-3      User: hoskinsa      Page 1 of 2      Date Rcvd: Nov 26, 2012  
                 Form ID: a0asgncl      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2012.

```
db          +Sheila L Cox,    12305 Wilson Road,    Leesburg, OH 45135-9435
cr          +Capital One, NA,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr          +HSBC Bank Nevada, NA,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
              Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2012**      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0648-3           User: hoskinsa              Page 2 of 2                  Date Rcvd: Nov 26, 2012
                               Form ID: a0asgncl           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:
          Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
          Faye  English    on behalf of Creditor   HSBC Mortgage Services, Inc bknoticesouth@reimerlaw.com
          Jeffrey M Kellner    ecfclerk@dayton13.com
          Scott P Ciupak    on behalf of Creditor   HSBC Consumer Lending Mortgage Services, Inc
          bknotice@johndclunk.com
          Stephen D Miles    on behalf of Creditor   Household Realty Corporation mmiles@mileslaw.com,
          sdm@mileslaw.com;lboyce@mileslaw.com
          Susan Cress Browning    on behalf of Debtor Sheila Cox susan@kirbylaw.com,  msbrowning@att.net
                                                                                                        TOTAL: 6

Case 3:10-bk-30185    Doc 42    Filed 11/28/12    Entered 11/29/12 00:54:48    Desc
Imaged Certificate of Notice    Page 3 of 3